# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CRIMINAL NO. 12-00188-CG |
| | ) | |
| KENNETH LAMAR WILLARD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For good cause shown and pursuant to the provisions of Fed.R. Cr.P. 36, governing the correction of clerical mistakes contained in a judgment in a criminal case, the court hereby **AMENDS** nunc pro tunc the judgment on revocation of supervised release (Doc. 41) entered in the above styled case on August 8, 2013, to reflect the correct PACTS number as 12301.

**DONE and ORDERED** this 28th day of August, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE